IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 9:02-Cr-34 |
| | § | |
| JOHN ALLEN WHEELER, | § | |
| | § | JUDGE RON CLARK |
| *Defendant.* | § | |
| | § | |
| | § | |

## ORDER APPROVING STIPULATION

The court hereby approves the Receiver's and Pinnacle Energy Group LC's stipulation [Doc. #59] to hold funds in trust pending the court's ruling on the Receiver's Motion for Return of Receivership Property or Cost Thereof and Motion for Imposition of Constructive Trust [Doc. #53].

Pinnacle Energy, from the time the Receiver's motion was filed, shall hold money due and payable as royalties from the mineral leases for the Wheeler family interests in trust, pending the court's ruling on the Receiver's motion.

So **ORDERED** and **SIGNED** this **18** day of **August, 2005.**

_____
Ron Clark, United States District Judge